Law Offices of
# Douglas A. Berry
2100 Garden Road, Suite J
Monterey, CA 93940

Telephone:
(831) 646-8122

Facsimile:
(831) 646-8124

The Honorable Edward M. Chen
United States District Court
Northern District of California
450 Golden Gate Ave., Courtroom C 15th Floor
San Francisco, CA  94102

Re:  Trustees and Bricklayers and Allied Craftsmen Local 16 Pension Trust Fund, et al. V McEldowney and Sons, Inc., et al./ Case No 305-CV-01979

Dear Judge,

    I am the attorney for the defendants in the above referenced case.  I am writing to ask your permission to appear by telephone for the Case Management Conference on October 12, 2005 at 11:00 a.m.

    I am making this request because my office is located in Monterey, California and I have a previously scheduled hearing on the same day.

    Thank you for your courtesy.  Please call if you have any questions.

Sincerely,

Douglas A. Berry


IT IS SO ORDERED. Court will initiate conference call to both parties for telephonic CMC on 10/12/05 at 11:00 a.m.

_____
Edward M. Chen
United States Magistrate Judge

