```
 1  Kent Khtikian, Esq. (#99843)
    Kimberly A. Hancock, Esq. (#205567)
 2  Katzenbach and Khtikian
    1714 Stockton Street, Suite 300
 3  San Francisco, California  94133-2930
    Telephone: (415) 834-1778
 4  Facsimile: (415 834-1842
    Attorneys for Plaintiffs
 5

 6

 7                    UNITED STATES DISTRICT COURT

 8                   NORTHERN DISTRICT OF CALIFORNIA

 9
    TRUSTEES OF THE BRICKLAYERS AND ALLIED ) CASE NO. C 05 1979 EMC
10  CRAFTSMEN LOCAL 16 PENSION TRUST FUND; )
    TRUSTEES OF THE BRICKLAYERS LOCAL      )
11  NO. 3 HEALTH AND WELFARE TRUST;        ) STIPULATION FOR ORDER
    TRUSTEES OF THE                        ) AND [PROPOSED] ORDER
12  BRICKLAYERS AND ALLIED CRAFTS LOCAL    ) FOR LEAVE TO FILE
    NO. 3 APPRENTICE TRAINING TRUST;       ) FIRST AMENDED COMPLAINT
13  INTERNATIONAL UNION OF                 )
    BRICKLAYERS AND ALLIED CRAFTSMEN,      )
14  AFL-CIO, LOCAL UNION NO. 3, on behalf  )
    of itself and as agent for             )
15  its members; TRUSTEES OF THE           )
    INTERNATIONAL UNION OF BRICKLAYERS AND )
16  ALLIED CRAFTSMEN PENSION FUND,         )
                                           )
17       Plaintiffs,                       )
                                           )
18  vs.                                    )
                                           )
19  MCELDOWNEY AND SONS INC., doing        )
    business as "Mc Eldowney & Sons",      )
20  a California corporation; AMERICAN     )
    CONTRACTORS INDEMNITY COMPANY, a       )
21  California corporation,                )
                                           )
22       Defendants.                       )
    _____)
23
         Plaintiffs and Defendants, by and through their attorneys of
24
    record, do hereby stipulate to and request entry of an order
25
    granting leave to Plaintiffs to file their first amended
26
    complaint adding allegations related to the audit conducted
27
    through to June 30, 2005 and deleting Connecticut Surety Company,
28
```

1  which defendant Plaintiffs previously dismissed without
2  prejudice, from the complaint.
3       SO STIPULATED:
4
5     /s/ Kent Khtikian
   Kent Khtikian, Esq.
6  Katzenbach and Khtikian
   1714 Stockton Street, Suite 300
7  San Francisco, California  94133-2930
   (415) 834-1778; FAX (415) 834-1842
8  Attorneys for Plaintiffs
9
10
       /s/ Douglas Berry
11 Douglas A. Berry, Esq.
   2100 Garden Road,  Suite J
12 Monterey, CA  93940
   (831) 646-8122; FAX (831) 646-8124
13 Attorneys for Defendants,
       McEldowney & Sons Inc., and
14     American Contractors Indemnity
       Company
15

16                  **Attestation Of Concurrence**

17     I, Kent Khtikian, declare that the attorney for Gentry
18 Masonry Corporation has agreed to the Stipulation set forth above
19 and that I have in my possession his signature on this document.
20     I declare under penalty of perjury that the foregoing is
21 true and correct.
22     Executed this 23rd day of March 2006, in San Francisco,
23 California.
24
25                                    /s/ Kent Khtikian
                                     Kent Khtikian
26                               Attorney for Plaintiffs
27
28

1 **ORDER**

2    IT IS HEREBY ORDERED that Plaintiffs shall have leave to
3 file their first amended complaint adding allegations related to
4 the audit conducted through to June 30, 2005 and deleting
5 Connecticut Surety Company, which defendant Plaintiffs previously
6 dismissed without prejudice, from the complaint.  Plaintiffs
7 shall file their first amended complaint within 5 court days of
8 entry of this order.

11 Dated: March 27, 2006

Hon. Edward M. Chen

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA