```
Kent Khtikian, Esq. (#99843)
Kimberly A. Hancock, Esq. (#205567)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California  94133-2930
Telephone: (415) 834-1778
Facsimile: (415 834-1842
Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 16 PENSION TRUST FUND; TRUSTEES OF THE BRICKLAYERS LOCAL NO. 3 HEALTH AND WELFARE TRUST; TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTS LOCAL NO. 3 APPRENTICE TRAINING TRUST; INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN, AFL-CIO, LOCAL UNION NO. 3, on behalf of itself and as agent for its members; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTSMEN PENSION FUND, <br><br>　　　Plaintiffs, <br><br>vs. <br><br>MCELDOWNEY AND SONS INC., doing business as "Mc Eldowney & Sons", a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; <br><br>　　　Defendants. | CASE NO. C 05 1979 EMC <br><br> STIPULATION FOR ENTRY OF JUDGMENT; JUDGMENT |

　　　The parties hereto request that the Court at this time enter this judgment against MCELDOWNEY AND SONS INC., and agree to entry of this judgment at this time without prior notice to or prior opportunity to object by them.

|   |   |
|---|---|
| 1 | **JUDGMENT** |
| 2 | This matter, having come before the undersigned Judge, and |
| 3 | the parties hereto having stipulated to judgment, as indicated by |
| 4 | the signature hereto of Plaintiffs and the signature of |
| 5 | MCELDOWNEY AND SONS INC., all parties to this stipulation |
| 6 | consenting to Entry of Judgment and waiving any further notices |
| 7 | regarding this stipulation, the judgment or entry of judgment, |
| 8 | and the court having reviewed the records and files herein and |
| 9 | being fully advised of the premises does hereby: |
| 10 | ORDER, ADJUDGE AND DECREE that Plaintiffs do hereby have |
| 11 | judgment against MCELDOWNEY AND SONS INC., in the amount of |
| 12 | Eighty Four Thousand Eight Hundred Five Dollars ($84,805.00), |
| 13 | inclusive of attorney's fees and costs, plus interest at the rate |
| 14 | permitted by federal law calculated from the date of entry of |
| 15 | this judgment until paid. |
| 16 | FURTHER ORDER that AMERICAN CONTRACTORS INDEMNITY COMPANY is |
| 17 | hereby dismissed from this action, with prejudice. |

Dated: __June 27, 2006__     _____
                             Hon. _____ Chen
                             Magistrate Ju____ _____ICT COURT



MCELDOWNEY AND SONS INC., understands and agrees to all of the terms set forth in this stipulated judgment and requests that judgment be entered as herein stated. The undersigned is the President of MCELDOWNEY AND SONS INC., and executes this

```
 1  stipulation on behalf of, and with the knowledge, authorization
 2  and consent of the Board of Directors of MCELDOWNEY AND SONS
 3  INC., to all of the terms set forth in this stipulated judgment
 4  and requests that judgment be entered as herein stated.
 5                                  MCELDOWNEY AND SONS INC.
 6
 7  Dated: May 17, 2006        By:    /s/ Brian McEldowney
                                      Brian McEldowney, President
 8
 9
10      The undersigned is the President of the plaintiff Union, a
11  Trustee of the plaintiff trusts and executes this stipulation on
12  behalf of, and with the knowledge, authorization and consent of
13  Plaintiffs, to all of the terms set forth in this stipulated
14  judgment and requests that judgment be entered as herein stated.
15
16  Dated: June 10, 2006              /s/ James Bresnahan
                                      James Bresnahan
17
18
    Approved as to form:
19
20
        /s/ Douglas Berry             Dated: May 17, 2006
21         Douglas Berry, Esq.
        Attorney for Defendants,
22   McEldowney And Sons Inc., and
    American Contractors Indemnity
23           Company
24
25  Approved as to form:
26
27         /s/ Kent Khtikian           Dated: June 24, 2006
            Kent Khtikian, Esq.
28        Attorney for Plaintiffs
```

**Attestation Of Concurrence**

I, Kent Khtikian, declare that McEldowney And Sons Inc., and Plaintiffs have agreed to the Stipulation set forth above and that I have in my possession their signatures and the signature of Douglas Berry on this document.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of June 2006, in San Francisco, California.

/s/ Kent Khtikian
Kent Khtikian
Attorney for Plaintiffs

STIPULATION FOR ENTRY OF JUDGMENT; JUDGMENT
Case No. C 05 1979 EMC

4